TODD A. ROBERTS (SBN 129722)
KIRILL M. DEVYATOV (SBN 293106)
ROPERS MAJESKI PC
545 Middlefield Road, Suite 175
Menlo Park, CA  94025
Telephone:	650.364.8200
Facsimile:	650.780.1701
Email:	todd.roberts@ropers.com
	kirill.devyatov@ropers.com

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAI LEE, an individual<br><br>              Plaintiff,<br><br>        v.<br><br>STATE FARM GENERAL INSURANCE COMPANY; and DOES 1-50, inclusive,<br><br>              Defendants. | Case No.<br><br>[San Francisco County Superior Court Action No. CGC-21-597318]<br><br>**DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S PETITION FOR REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441(b) and 1446 [DIVERSITY JURISDICTION]**<br><br>DEMAND FOR JURY TRIAL<br>[Fed. R. Civ. Proc., Rule 38(a)] |

**TO PLAINTIFF KAI LEE, HIS COUNSEL OF RECORD, AND THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendant STATE FARM GENERAL INSURANCE COMPANY (hereinafter "State Farm") hereby removes to this Court the State Court action described below:

1.	On December 27, 2021, Plaintiff KAI LEE (hereinafter "Plaintiff") filed a civil Complaint for Damages against State Farm in the San Francisco County Superior Court, Case No. CGC-21-597318.  The Complaint alleges causes of action for breach of contract and breach of the implied covenant of good faith and fair dealing.  A true and correct copy of Notice of Service of

1  Process, Summons, Complaint, Civil Case Cover Sheet, Notice of Case Management Conference, and ADR Informational Sheet are attached as Exhibit "A" to the accompanying Declaration of Todd A. Roberts.

2. The Summons and Complaint, according to the records of the Corporation Service Company – Wilmington, DELAWARE ("CSC"), were served on December 28, 2021. (Declaration of Roberts, ¶ 3.)

3. Plaintiff brings an action for "damages" against State Farm in connection with an insurance claim arising out of an alleged wrongful eviction, alleged habitability issues, and alleged carbon monoxide poisoning of Rosa Cheung, a tenant at the Plaintiff's home, occurring in July 2019. (Complaint, ¶ 12.) The property at issue was listed as the insured location under State Farm Policy No. 97-40-4849-8 (Complaint, ¶ 8.) By their Complaint, Plaintiff seeks damages, including claims for multiple policy limits, each of which is $300,000.00 (Complaint, ¶¶ 14, 16, 20), experts' and consultants' fees and costs, (Complaint ¶ 26), for attorney fees (Complaint, ¶ 26) and for punitive damages. (Complaint, ¶ 28.) Thus, the present matter in controversy and the estimated claims and benefits sought, for which State Farm disputes liability, are in the amount in excess of $75,000.00.

4. A civil action brought in a State Court of which the Federal Court has original jurisdiction may be removed to the District Court for the District embracing the place where such action is pending. (28 U.S.C. § 1441(a). Federal Courts have jurisdiction over controversies between "citizens in different states" pursuant to 28 U.S.C. § 1332(a)(1) and Article III, Section 2, of the United States Constitution.

5. Diversity jurisdiction, including the amount in controversy, is determined at the time of removal (*Kenneth Rothschild Trust v. Morgan Stanley Dean Witter* (1999) F.Supp.2d 993, 1000 (C.D. Cal. 2002.)

6. Plaintiff resides in the County of San Francisco, State of California. (Complaint, ¶¶ 1-2.) Defendant State Farm is a corporation organized and existing under the laws of the State of Illinois and having its principal place of business in the State of Illinois. (Complaint, ¶ 3.) State Farm is the only Defendant that has been named and served with Summons and Complaint

- 2 -

DEFENDANT'S PETITION FOR REMOVAL OF CIVIL ACTION

in this action. (Exhibit "B", California Secretary of State Statement of Information, is attached to the Declaration of Todd A. Roberts.)

7. The amount in controversy calculation considers general/non-economic damages and special/economic damages. (*Richmond v. Allstate Insurance Company* 897 F.Supp. 447, 449-450 (S.D. Cal. 1995.) In measuring the amount in controversy, the court must assume that the allegations of the Complaint are true and that a jury will return a verdict for the Plaintiff on all claims made in the Complaint. (*Jackson v. American Bankers Insurance Company of Florida* 976 F.Supp. 1450, 1454 (S.D. Al. 1997); see also *Kenneth Rothschild Trust, supra,* 199 F.Supp.2d at p. 1001.)

8. By their Complaint, Plaintiff alleges that State Farm has breached its Business Owners/Apartment Insurance policy by, among other things, failing to pay benefits Plaintiff contends are due and owing to him by State Farm, including claims for multiple policy limits over multiple years, each of which is $300,000.00. Plaintiff seeks damages well in excess of $75,000, consisting of insurance policy benefits allegedly due, plus financial extracontractual damages for experts and consultant, for attorney fees incurred prosecuting this action, and for punitive damages.

9. A claim for attorney fees is included in determining the amount in controversy, regardless of whether the fee award is mandatory or discretionary. (*Galt G/X v. JSS Scandanavia* 142 F.3d 1150, 1155-1156 (9th Cir. 1999); *Conrad & Associates v. Hartford Accident and Indemnity Company* (N.D. Cal. 1998) 994 F.Supp. 1196, 1199.) The alleged attorney's fees should be considered as an element of the amount in controversy in the case.

10. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332 and which may be removed to this Court by State Farm pursuant to the provisions of 28 U.S.C. §§ 1441(b) and 1446 because the amount in controversy exceeds $75,000 and there is complete diversity of citizenship between Plaintiff and State Farm.

11. This Petition for Removal is timely because it was filed within 30 days of the action becoming removable, and within one year after commencement of the action. (28 U.S.C. § 1446(c)(1).

DEFENDANT'S PETITION FOR REMOVAL OF CIVIL ACTION

12. A true and correct copy of this Petition for Removal shall be contemporaneously filed in the office of the clerk for the Superior Court of the County of San Francisco at the earliest moment that filing is possible.

Dated: January 27, 2022          ROPERS MAJESKI PC

By: */s/ Todd A. Roberts*
TODD A. ROBERTS
KIRILL M. DEVYATOV
Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

### DEMAND FOR JURY TRIAL

Defendant State Farm hereby demands a trial by jury pursuant to Fed. R. Civ. Proc. 38(a).

Dated: January 27, 2022          ROPERS MAJESKI PC

By: */s/ Todd A. Roberts*
TODD A. ROBERTS
KIRILL M. DEVYATOV
Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

4879-1695-7706.1

- 4 -   DEFENDANT'S PETITION FOR REMOVAL OF CIVIL ACTION