UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| KAI LEE,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>        Defendant. | Case No. 22-cv-00548-LB<br><br>**JUDGMENT** |

On February 26, 2024, the court granted summary judgment in favor of the defendant. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendant and against the plaintiff. The court directs the Clerk of Court to close the file.

**IT IS SO ORDERED.**

Dated: March 1, 2024

LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 22-cv-00548-LB